UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREA RIGGS,<br><br>                       Plaintiff,<br><br>                    -v.-<br><br>AKAMAI TECHNOLOGIES, et al.,<br><br>                       Defendants. | 23 Civ. 06463 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

On October 6, 2023, Defendants filed a motion to dismiss the Complaint under Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure. Under Rule 15(a)(1)(B), a plaintiff has 21 days after the service of a Rule 12(b) motion to amend the complaint once as of right.

Accordingly, it is hereby ORDERED that Plaintiff shall file any amended complaint by **October 27, 2023**. Pursuant to Rule 1.D of the Court's Individual Rules and Practices in Civil Cases, any amended complaint should be filed with a redline showing all differences between the original and revised filing. Plaintiff will not be given any further opportunity to amend the Complaint to address issues raised by the motion to dismiss.

If Plaintiff amends, by three weeks after the amended complaint is filed, Defendants shall file (1) an answer, (2) a new motion to dismiss, or (3) a letter stating that they rely on the previously filed motion to dismiss. If Defendants file an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot. If Defendants file a new motion to dismiss, any opposition shall be filed within 14 days, and any reply shall be filed within seven days of any opposition.

If no amended complaint is filed, Plaintiff shall file any opposition to the motion to dismiss by **October 27, 2023**. Defendants' reply, if any, shall be filed by **November 3, 2023**.

SO ORDERED.

Dated: October 12, 2023
       New York, New York

_____
JENNIFER H. REARDEN
United States District Judge