UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREA RIGGS, <br><br>                          Plaintiff, <br><br> -v.- <br><br> AKAMAI TECHNOLOGIES et al., <br><br>                          Defendants. | 23 Civ. 06463 (JHR) <br><br> ORDER |

JENNIFER H. REARDEN, District Judge:

In light of Plaintiff's Amended Complaint filed at ECF No. 33, Defendants' earlier-filed motion to dismiss the initial Complaint, *see* ECF No. 29, is hereby DENIED as moot.

The Clerk of Court is directed to terminate ECF No. 29.

SO ORDERED.

Dated: April 22, 2024
       New York, New York

_____
JENNIFER H. REARDEN
United States District Judge