**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

ANDREA RIGGS,

        Plaintiff,

        -against-

AKAMAI TECHNOLOGIES, et al.,

        Defendants.

------------------------------------------------------------x

23-CV-6463 (LTS) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a status conference in this matter on Thursday, July 31, 2025. In accordance with the Court's instructions and orders at the conference, the parties are directed to file a joint status letter on the docket by **August 28, 2025**, and on the last business Friday of each month thereafter, apprising the Court on the status of discovery (e.g., what discovery has been completed since the last letter, what discovery the parties intend to complete before the next letter, any disputes that require judicial resolution, whether the parties would like to discuss settlement).

The Court will hold a status conference in this matter on **Tuesday, September 16, 2025 at 11:00 a.m. in Courtroom 20D, 500 Pearl Street, New York, NY 10007**.

        **SO ORDERED.**

Dated: August 18, 2025
       New York, New York

       *s/ Ona T. Wang*
       **Ona T. Wang**
       United States Magistrate Judge