**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
ANDREA RIGGS,

           Plaintiff,

           -against-

AKAMAI TECHNOLOGIES, et al.,

           Defendants.

------------------------------------------------------------x

23-CV-6463 (LTS) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The status conference in this matter scheduled for Tuesday, September 16, 2025 at 11:00 a.m. is rescheduled to **Tuesday, September 16, 2025 at 10:00 a.m. in Courtroom 20D, 500 Pearl Street, New York, NY 10007**.

      **SO ORDERED.**

Dated: September 11, 2025
      New York, New York

/s/ Ona T. Wang
**Ona T. Wang**
United States Magistrate Judge