**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

ANDREA RIGGS,                                  :
                                               :
        Plaintiff,        :          23-CV-6463 (LTS) (OTW)
                                               :
       -against-                :          **ORDER**
                                               :
AKAMAI TECHNOLOGIES, et al.,                   :
                                               :
        Defendants.       :
                                               :
                                               :
-------------------------------------------------------------x

      **ONA T. WANG**, **United States Magistrate Judge**:

      The Court held a status conference in this matter on September 16, 2025. In accordance with the Court's instructions and orders at the conference, the parties are directed to file a joint status letter on the docket by October 9, 2025, and on the last business Thursday of each month thereafter beginning October 30, 2025.

      For the reasons stated on the record, the fact discovery deadline is extended *nunc pro tunc* to December 18, 2025.

      **SO ORDERED.**


Dated: September 24, 2025                    _/s/ Ona T. Wang_____
      New York, New York                **Ona T. Wang**
                                             United States Magistrate Judge