LINDSEY BLACKWELL
LBLACKWELL@GRSM.COM

HANNAH KUCINE
HKUCINE@GRSM.COM



**GRSM50**
GORDON REES SCULLY MANSUKHANI
YOUR 50 STATE LAW FIRM"

ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM

January 22, 2026

**VIA EMAIL**

**MEMO ENDORSED.**

The Honorable Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

     Re:    Andrea Riggs v. Akamai Technologies, et al.; Civil Case No.:1:23-cv-6463 (LTS) (OTW)

Dear Judge Wang:

We represent Defendants Akamai Technologies, Jason Hickey, James Massey, and Stephen Goldstein ("Defendants") in the above-referenced matter. We submit this joint status letter on behalf of all Parties to report on the progress of mediation.

The Parties began a mediation on January 21, 2026, and the mediation is still ongoing. The Parties have agreed to continue discussions for the next week to determine whether a resolution can be reached with the mediator, who is still engaged in the Parties' ongoing negotiations. As such, the Parties request a further stay of the fact discovery deadline up to and including January 29, 2026. The Parties will provide the Court with a further status update on that date to advise as to the status of the mediation.

The prior stay of discovery is **EXTENDED** *nunc pro tunc* until February 3, 2026. The parties are directed to file a joint status letter on the outcome of mediation before February 3, 2026.

**SO ORDERED.**

Ona T. Wang      January 29, 2026
U.S.M.J.

Respectfully,

GORDON REES SCULLY MANSUKHANI, LLP

By: */s/Lindsey Blackwell*
Lindsey Blackwell, Esq.
Hannah Kucine, Esq.