LINDSEY BLACKWELL
LBLACKWELL@GRSM.COM

HANNAH KUCINE
HKUCINE@GRSM.COM



**ATTORNEYS AT LAW**
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM

March 19, 2026

**VIA EMAIL**

**MEMO ENDORSED.**

The Honorable Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:    Andrea Riggs v. Akamai Technologies, et al.; Civil Case No.:1:23-cv-6463 (LTS) (OTW)

Dear Judge Wang:

We represent Defendants Akamai Technologies, Jason Hickey, James Massey, and Stephen Goldstein ("Defendants") in the above-referenced matter. We submit this joint status letter on behalf of all Parties to report on the progress of mediation.

Since our last update, the mediation is still ongoing and the Parties continue to make progress in negotiations. As such, the Parties request a further stay of the fact discovery deadline up to and including April 2, 2026. The Parties will provide the Court with a further status update on that date to advise as to the status of the mediation.

The parties' application is **GRANTED**. The stay of the fact discovery deadline is extended *nunc pro tunc* to **April 2, 2026**. Accordingly, ECF 112 is **DENIED AS MOOT**. The Clerk of Court is respectfully directed to close ECF 112.

Respectfully,

GORDON REES SCULLY MANSUKHANI, LLP

By: */s/Lindsey Blackwell*
Lindsey Blackwell, Esq.
Hannah Kucine, Esq.

**SO ORDERED.**

Ona T. Wang    March 27, 2026
U.S.M.J.